UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: CHI HOLDING COMPANY
f/k/a Chemtech Holdings, Inc.                     Case No. 05-CV-72197
d/b/a Chemtech Finsihing Systems, Inc.,           HON. GEORGE CARAM STEEH

                Debtors.
_____/

ORDER TRANSFERRING MATTER TO
BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF MICHIGAN

      This bankruptcy matter, In re: Chi Holding Company, was transferred to the United States District Court for the Eastern District of Michigan by Eastern District of Missouri Bankruptcy Judge Kathy Surratt-States under a May 10, 2004 Order Transferring Venue issued in In re: Chi Holding Company, Case No. 05-44282-659 (Bankr. Ct. E.D. Mo. 2005). Pursuant to Eastern District of Michigan Local Rule 83.50 (a), it is ORDERED that this matter is hereby transferred to the Bankruptcy Court for the Eastern District of Michigan.

      SO ORDERED.

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

Dated:  June 6, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 6, 2005, by electronic and/or ordinary mail.

                                        s/Josephine Chaffee
                                        Secretary/Deputy Clerk

Dockets.Justia.com